Walter O'Cheskey  
Chapter 13 Trustee  
6308 Iola Avenue  
Lubbock, TX 79424  
(806)748-1980  
Fax: (806) 748-1956  

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

In re: LARRY PEREZ § Case No. 09-70428  
      CLAUDIA PEREZ §  
                           §  
                           §  
        Debtors §  

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Walter O'Cheskey, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/25/2009.

2) The plan was confirmed on 11/02/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 05/26/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 11/08/2013.

6) Number of months from filing or conversion to last payment: 50.

7) Number of months case was pending: 52.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $24,976.93.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 63,995.00 |
| Less amount refunded to debtor | $ 1,689.87 |
| **NET RECEIPTS** | **$ 62,305.13** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $ 2,719.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 5,363.18 |
| Other | $ 94.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | **$ 8,176.18** |
| Attorney fees paid and disclosed by debtor: | $ 281.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| MONTE J WHITE | Lgl | 0.00 | 3,000.00 | 3,000.00 | 2,719.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| US ATTORNEY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| US ATTORNEY GENERAL | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| OFFICE OF THE CH13 TRUSTEE | Adm | 0.00 | 94.00 | 94.00 | 94.00 | 0.00 |
| WAGGONER NATIONAL BANK | Sec | 12,091.00 | 7,500.00 | 7,500.00 | 7,500.00 | 1,822.81 |
| WAGGONER NATIONAL BANK | Uns | 0.00 | 3,341.47 | 3,341.47 | 3,341.47 | 0.00 |
| WESTERN FINANCE | Sec | 500.00 | NA | NA | 0.00 | 0.00 |
| WAGGONER NATIONAL BANK | Sec | 33,263.00 | 27,463.29 | 27,463.29 | 27,463.29 | 7,184.07 |
| WAGGONER NATIONAL BANK | Adm | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WAGGONER NATIONAL BANK | Sec | 2,858.05 | 2,858.05 | 2,858.05 | 0.00 | 0.00 |
| WICHITA COUNTY | Sec | 255.96 | 89.67 | 89.67 | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICE INC | Uns | 736.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 674.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION | Uns | 53.00 | NA | NA | 0.00 | 0.00 |
| EXECUTIVE SERVICES | Uns | 97.00 | NA | NA | 0.00 | 0.00 |
| EXECUTIVE SERVICES | Uns | 72.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| EXECUTIVE SERVICES | Uns | 53.00 | NA | NA | 0.00 | 0.00 |
| EXECUTIVE SERVICES | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| EXECUTIVE SERVICES | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 621.00 | 621.01 | 621.01 | 621.01 | 0.00 |
| LHR INC | Uns | 149.00 | 149.12 | 149.12 | 149.12 | 0.00 |
| LHR INC | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Uns | 936.00 | 1,184.67 | 1,184.67 | 1,184.67 | 0.00 |
| MAVERICK FINANCE | Uns | 384.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 711.00 | 712.22 | 712.22 | 712.22 | 0.00 |
| SERVICE LOAN CO | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| UNITED REGIONAL | Uns | 1,188.26 | NA | NA | 0.00 | 0.00 |
| VIREN MEHTA MD | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| WESTERN SHAMROCK CORP | Uns | 1,230.00 | 1,161.54 | 1,161.54 | 1,161.54 | 0.00 |
| WESTERN SHAMROCK CORP | Uns | 595.00 | 552.42 | 552.42 | 552.42 | 0.00 |
| WFNNB | Uns | 317.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 1,375.00 | 1,218.06 | 1,218.06 | 1,218.06 | 0.00 |
| WORLD ACCEPTANCE | Uns | 420.00 | 392.21 | 392.21 | 392.21 | 0.00 |
| EASY RENT | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| EASY RENT | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| WICHITA COUNTY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| WESTERN SHAMROCK CORP | Uns | 0.00 | 350.00 | 350.00 | 350.00 | 0.00 |
| GIBSON DAVENPORT ANDERSON | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| WAGGONER NATIONAL BANK | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| WAGGONER NATIONAL BANK | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JC PENNY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| ELLEN ANITA CROUCH | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| TEXAS CHILD SUPPORT | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| LHR INC | Uns | 0.00 | 45.29 | 45.29 | 45.29 | 0.00 |
| ADVANCE AMERICA | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 430.77 | 430.77 | 430.77 | 0.00 |
| INTERNAL REVENUE SERVICE | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| WILLIAM T NEARY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 34,963.29 | $ 34,963.29 | $ 9,006.88 |
| All Other Secured | $ 2,947.72 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 37,911.01 | $ 34,963.29 | $ 9,006.88 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 10,158.78 | $ 10,158.78 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 8,176.18 |
| Disbursements to Creditors | $ 54,128.95 |
| **TOTAL DISBURSEMENTS:** | $ 62,305.13 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  01/09/2014          By:  /s/ Walter O'Cheskey
                                          Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.