Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX 79423
(806) 748-1980 Phone
(806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

LARRY PEREZ  CASE NO. 09-70428-HDH-13
CLAUDIA PEREZ
DEBTOR(S)

### NOTICE OF FILING FINAL REPORT AND ACCOUNT BY TRUSTEE

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Walter O'Cheskey, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered. The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY CT, 1100 COMMERCE 1254, DALLAS, TEXAS, 75242, and is available for review. A summary of the report is as follows:

| | | |
|---|---:|---:|
| Total Receipts | | $63,995.00 |
| Administrative Disbursements | $5,457.18 | |
| Attorney Fee Disbursements | $2,719.00 | |
| Debtor Refund Disbursements | $1,689.87 | |
| Secured Disbursements | $43,970.17 | |
| Unsecured Disbursements | $10,158.78 | |
| Total Disbursements by Trustee | | $63,995.00 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case be terminated.

Dated: 1/9/2014

/s/ Walter O'Cheskey
Standing Bankruptcy Trustee
By: Lanita Jester

United States Bankruptcy Court
Northern District of Texas

In re:  
Larry Perez  
Claudia Perez  
    Debtors

Case No. 09-70428-hdh  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0539-7      User: cecker      Page 1 of 2      Date Rcvd: Jan 10, 2014  
                  Form ID: pdf013      Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2014.

```
db/jdb         Larry Perez,    Claudia Perez,    2156 N Hwy 25,    Electra, TX 76360
cr            +Waggoner National Bank,    D. Todd Davenport,    807 8th Street, 8th Floor,
               Wichita Falls, TX 76301-3319
12585882      +Account Recovery Service,    3031 N 114th St,    Wauwatosa, WI 53222-4218
12585885      +Credit Protection Asso,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
12631364       ELECTRA HOSPITAL DISTRICT & WICHITA COUNTY,    C/O PERDUE BRANDON FIELDER COLLINS & MOT,
               PO BOX 8188,    WICHITA FALLS TX 76307-8188
12585886       Easy Rent,    2510 Iowa Park Rdz,    Wichita Falls, TX 76306
12585887       Easy Rent,    2510 Iowa Park Rd,    Wichita Falls, TX 76307
12585888      +Executive Services,    1200 Austin St,    Wichita Falls, TX 76301-4623
12585891      +Lhr Inc,    56 Main St,    Hamburg, NY 14075-4905
12585894      +Monte J. White & Associates,    1106 Brook Ave,    Wichita Falls TX 76301-5009
12686315      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Jc Penney,
               POB 41067,    NORFOLK VA 23541-1067
12585895      +Service Loans,    2605 5th Street, Suite H,    Wichita Falls, TX 76301-1900
12585896       United Regional,    1600 8th Street,    Wichita Falls, TX 76301-3164
12585897      +Viren Metha, -PA, M.D.,FACOG,    1815 10th Street,    Wichita Falls, TX 76301-5071
12644382      +Waggoner National Bank,    c/o D. Todd Davenport,    807 8th Street, 8th Floor,
               Wichita Falls, Texas 76301-3319
12585898      +Waggoner National Bank,    1818 Texas St,    Vernon, TX 76384-4454
12585901       Wfnnb-bealls,    Po Box 29185,    Mission, KS 66201
12585902       Wichita County,    Harold Lerew,    PO Box 8188,    Wichita Falls, TX 76307-8188
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
12647646      +Fax: 864-336-7400 Jan 11 2014 00:00:11      Advance America,    2710 Central Freeway #130,
               Wichita Falls, TX 76306-2856
12585883      +E-mail/Text: ebn@squaretwofinancial.com Jan 10 2014 23:43:52      Cach LLC,
               Attention: Bankruptcy Department,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3408
12585884      +E-mail/Text: creditonebknotifications@resurgent.com Jan 10 2014 23:41:04      Credit One Bank,
               Po Box 98875,    Las Vegas, NV 89193-8875
12585889      +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2014 23:37:28      Gemb-jcp,    Attention: Bankruptcy,
               PO Box 103106,    Roswell, GA 30076-9106
12585890       E-mail/Text: cio.bncmail@irs.gov Jan 10 2014 23:41:33      IRS Special Procedures,
               1100 Commerce St., Room 951,    Mail Stop 5029 DAL,    Dallas, TX 75246
12815018       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2014 23:36:59      LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12755206      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 10 2014 23:42:45      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
12585893      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 10 2014 23:42:45      Midland Credit Mgmt,
               8875 Aero Dr  Ste 200,    San Diego, CA 92123-2255
12585892       E-mail/Text: bankruptcy.noticing@security-finance.com Jan 10 2014 23:41:02      Maverick Finance,
               Po Drawer 811,    Spartanburg, SC 29304
12628193       E-mail/Text: bankruptcy.noticing@security-finance.com Jan 10 2014 23:41:02
               SFC- Central Bankruptcy,    209 DAWSON RD. STE. 4B,    COLUMBIA, SC 29223
12585899      +E-mail/PDF: bk@worldacceptance.com Jan 10 2014 23:35:32      Western Finance,
               3100 Seymour Hwy, Ste 3114-3116,    Wichita Falls, TX 76301-1850
12585900      +E-mail/Text: bankruptcy@wscadc.tzo.com Jan 10 2014 23:42:57      Western Shamrock Corporation,
               Attention: Bankruptcy,    801 S Abe St,    San Angelo, TX 76903-6735
12585903      +E-mail/PDF: bk@worldacceptance.com Jan 10 2014 23:35:32      World Acceptance Corp,    1521 Main St,
               Vernon, TX 76384-4743
12619083      +E-mail/PDF: bk@worldacceptance.com Jan 10 2014 23:35:32      World Finance Corporation,
               3108 Wilbarger Street,    Vernon, TX 76384-7925
                                                                                              TOTAL: 14
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12644393*     +Waggoner National Bank,    c/o D. Todd Davenport,    807 8th Street, 8th Floor,
               Wichita Falls, Texas 76301-3319
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2014                                                    Signature:   /s/Joseph Speetjens

```
District/off: 0539-7          User: cecker              Page 2 of 2               Date Rcvd: Jan 10, 2014
                              Form ID: pdf013           Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2014 at the address(es) listed below:
              D. Todd Davenport    on behalf of Creditor    Waggoner National Bank dtd@gda-law.com,
               kf@gda-law.com
              Monte J. White     on behalf of Debtor Larry  Perez legal@montejwhite.com,  mjwhiteoffice@gmail.com
              Monte J. White     on behalf of Joint Debtor Claudia  Perez legal@montejwhite.com,
               mjwhiteoffice@gmail.com
              United States Trustee     ustpregion06.da.ecf@usdoj.gov,  albert.loftus@usdoj.gov
              Walter 12,13 OCheskey    cmecf@ch13-12westtex.org,  ecfcox@ost-wtx.org,ost.cmecf@gmail.com
                                                                                             TOTAL: 5
```